J. C. Georg Service Corporation, Respondent, v. Town of Summit, Appellant.— Aulisi, J.

579

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.